1                    IN THE UNITED STATES DISTRICT COURT

2                        FOR THE DISTRICT OF ARIZONA

3

4                                      )
   U.S Commodity Futures Trading )
5  Commission,                        )
                                      )   JUDGMENT IN A CIVIL CASE
6          Plaintiff,                 )
                                      )   No. CV 11-0021-TUC-FRZ
7  v.                                 )
                                      )
8                                     )
   Anthony Eugene Linton d/b/a        )
9  The Private Trading Pool,          )

10         Defendant.

11  _____

12

13  X       **DECISION BY COURT.**  This action came under consideration
           before the Court.  The issues have been considered and a
           decision has been rendered.

14

15         **IT IS ORDERED** as follows:
           Plaintiff's Motion for Default Judgment as to the
           defendant (Doc. 61) is **GRANTED** in favor of the plaintiff
16         and against the defendant.

17         **CASE CLOSED**.

18

19

20                                        BRIAN D. KARTH
   January 30, 2012                            CLERK
21  Date

22                                        S/ *M.  Michelle Mejia*
                                          M.   Michelle Mejia
23                                           Deputy Clerk

24

25

26

27

28