MESCH, CLARK & ROTHSCHILD, P.C.
259 North Meyer Avenue
Tucson, Arizona 85701
Phone: (520) 624-8886
Fax:   (520) 798-1037
Email: sgan@mcrazlaw.com

By:   Scott H. Gan, # 6568
      83136-5/meb

Attorneys for Randall P. Sanders, Receiver

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br><br>          Plaintiff,<br><br>-vs-<br><br>ANTHONY EUGENE LINTON dba THE PRIVATE TRADING POOL,<br><br>          Defendant. | No. 4:11-CV-00021-FRZ<br><br>**RECEIVER'S STATUS REPORT FOR FEBRUARY 1, 2012 THROUGH OCTOBER 10, 2012** |

Randall P. Sanders, duly appointed Receiver, through counsel undersigned, files this Status Report for February 1, 2012 through October 10, 2012 (the "Report") and summarizes the actions taken since his appointment by this Court on April 27, 2011, as follows:

    1.    I took control, custody and possession of all funds, premises, property, and other assets in possession of, or under the control of, Anthony Eugene Linton (the "Defendant") wherever situated, that I believed to be related to this action, and consistent with the Order for Preliminary Injunction and other ancillary relief against Defendant dba The Private Trading Pool. I took control of all tangible property of Defendant located at the Sierra Auctions storage facility in Tucson, AZ and in the possession or control of Mark A.

1  Klase, Amy L. Klase, and any attorney or other person or entity acting on behalf of Mark A.
2  Klase, Amy L. Klase.
3      2.   I inspected the former residence of the Defendant and took control of all
4  personal property located there. With the assistance of North American Van Lines I
5  removed and stored all items of personal property of consequential value for auction.
6      3.   I held, preserved and managed all receivership assets and I performed all acts
7  necessary to preserve the value of those assets, in order to prevent any loss or damage.
8      4.   I was advised by the Commodity Futures Trading Commission ("CFTC") that
9  no actions needed to be initiated, defended, compromised, adjusted, intervened in, nor did I
10 become a party to the any actions or proceedings in state, federal or foreign jurisdictions
11 necessary to preserve or increase the assets of Defendant or to carry out my duties pursuant
12 to this Court's Order.
13     5.   I sought authorization from this Court for the employment of the following
14 professionals: Mesch, Clark & Rothschild, P.C. to represent me in all legal matters that the I
15 deemed necessary and appropriate; Bob Gauna, a former FBI agent, to provide
16 investigation, surveillance and security of personal property under my control; Tim
17 Veninga, a licensed gun broker, to provide research regarding the fair market value of rare
18 and collectible firearms in my possession and to assist me in locating prospective purchasers
19 for firearms and in transferring ownership of the firearms to prospective purchasers. In
20 addition, I sought authority to utilize the following entities: Gunbroker.com, a commercial
21 website that lists firearms for sale both nationally and internationally; North American Van
22 Lines for storing and removing personal property from the Lintons' former residence; T &T
23 Auctions for advertising, cataloging and selling various items of Lintons' personal property
24 located a their former residence; Sierra Auctions for storing and sale of three motor vehicles
25 (one DeLorean and two Lotuses) and two motorcycles (Motoguzzis) and other items of
26

1. personal property of Defendant. By Order dated July 14, 2011, this Court approved the employment and utilization of professional as set forth herein.

   6. I have attached to this Report a schedule of the firearms I controlled and sold with the assistance of Mr. Veninga, the licensed firearms dealer and through Gunbroker.com. (See Exhibit A, attached).

   7. I was advised by CFTC that no subpoenas needed to be issued in order to obtain discovery and records pertaining to this receivership.

   8. I opened a Receiver's bank account at Wells Fargo Bank, N.A. in Tucson, Arizona for deposit of the net proceeds of the sale of Defendant's assets under my control. I made disbursements from this account pursuant to Orders of this Court. (See Exhibit B, attached).

   9. There were no commodity futures positions or other outstanding positions owned by the Defendant that need to be closed out.

   10. The Receiver's account at Wells Fargo Bank contains a total of $148,588.26 representing the balance of funds resulting from the liquidation of all of Defendant's personal property I possessed or controlled during this matter (the "Receivership Proceeds") (See Exhibit C, attached).

   11. CFTC is engaged in analyzing investor claims. When CFTC has completed its analysis, I will disburse the Receivership Proceeds to the National Futures Association, the Court appointed Monitor, with this Court's approval.

   DATED: October 10, 2012.

   _____
   Randall P. Sanders, Receiver

MESCH, CLARK & ROTHSCHILD, P.C.

By _____
   Scott H. Gan
   Attorneys for Receiver

**EXHIBIT A**

# CFTC vs. Linton
# Firearm Sales report
# 8/10/2012

| Decscription | Serial Number | Gross Sale Price |
|---|---|---|
| Ruger 10/22 Carbine | 237-61036 | 185 |
| Ruger Mark II .22 LR | 222-83593 | 175 |
| AA Arms AP9 9MM x 19 | 048844 | 325 |
| AA Arms AP9 9MM Luger | 057489 | 325 |
| Beretta AR 70 .223 non working | M32349 | 300 |
| Ruger Vaquero .45 LC | 57-95627 | 475 |
| Colt AR15 A3 .223 LEO | LBD021144 | 875 |
| Colt AR 15 A1 9mm LEO | LTA005989 | 875 |
| Colt Sporter Lightweight 9mm NATO | 004724 | 850 |
| AA Arms AP9 9mm Luger | 011412 | 325 |
| AA Arms AP9 9mm Luger | 058878 | 325 |
| Berretta 84B 9mm Short | B86843Y | 350 |
| Walther P88 9mm x 19 | 002893 | 1,275 |
| Walther P88 Compact 9mm x 19 | 104927 | 1,100 |
| Walther P99 9mm x 19 | 023331 | 380 |
| Walther TPH .22 LR | 278230 | 575 |
| Intratec TEC-DC9 | 0045739 | 450 |
| Ruger Vaquero .45 LC | 55-00016 | 450 |
| Zhong Zou SPM-20 20 Ga | 8000652 | 230 |
| Zhong Zou JW2000 20 Ga | 300328 | 225 |
| Colt Detective Special .38 SPL | RD0590 | 500 |
| H&R Arms .30 Carbine | 5728137 | 825 |
| H&R Arms .30 Carbine | 5619826 | 680 |
| Beretta Tomcat .32 Cal | DAA245176 | 430 |
| Intratec Sport 22 .22 LR | K009234 | 226 |
| Walther P-88 9mm x 19 | 007192 | 960 |
| Walther PPK 9mm Kurz | A054065 | 440 |
| Winchester Model 1894 Wells Fargo Comm | WFC13655 | 800 |
| Walther P-1 9mm | 320460 | 325 |
| Intratec Sport 22 .22 LR | 86135 | 275 |
| Beretta 84FS Cheetah .380 | H09792Y | 675 |
| Armi Tanfoglio Guiseppe Model G727 .25 | M164128 | 40 |
| Walther P38 9mm Para | 446509 | 1,000 |
| Walther PP | 710919 | |
| Walther PP | 487/500 | |
| Walther PPKS | 238705S | |
| Walther PPK | 334537K | |
| Walther PP | W 003 von 500 | |
| Walther PPK | 104827 | |
| Walther PPK | 110977LR | 14,450 |
| Walther PPK | 124643A | |

| Item | Serial | Value |
|---|---|---|
| Walther PPKS | C003 | |
| Walther PPKS | C101 | |
| Walther PPKS | C102 | |
| Walther PPK | 131380A | |
| Walther PPKS | 240567 | |
| Walther PPKS | 240568 | |
| Luger | 60 | 400 |
| Winchester Model 94 30-30 | F58356 | 250 |
| Winchester Model 94 30-30 | 6307569 | 250 |
| Winchester Model 94 30-30 | 3594140 | 250 |
| Winchester Model 94 30-30 | 2936745 | 250 |
| Luger P08 | 5085 | 1,681 |
| Walther Model P-38 | 5100e | 500 |
| Walther P4 | 603575 | 500 |
| Walther P38 9mm | 305420 | 775 |
| Walther PP .22 | 46599LR | 780 |
| Walther PP | 19513A | 1,052 |
| Walther PP Super .380 | 100535 | 1,052 |
| Walther PPK 9mm Kurz | 124402A | 1,161 |
| Walther PPKS .22LR | 118742S | 881 |
| Walther PPKS .22LR | 135546 | 800 |
| Walther PPKS .22LR | 135817S | 806 |
| Walther PPKS 7.65mm | 314377S | 755 |
| Walther P38 9mm Para | 446850 | 875 |
| Walther PP Super 9mm X 18 | 20663 | 700 |
| Walther PP 7.65mm | 443561 | 825 |
| Ruger Vaquero .45 LC Yavapai County #19 | 56-85424 | |
| Ruger Vaquero .45 LC Yavapai County #20 | 56-85472 | 2,500 |
| Ruger Vaquero .45 LC | 57-76204 | |
| Ruger Vaquero .45 LC | 57-87063 | |
| Beretta 92F 9mm | BER2571392 | 800 |
| Beretta 21A .22LR | BERS92865U | |
| Walther P38 100 Year Commemorative | 446512 | 650 |
| Beretta 84FS Cheetah 9mm Short | H19909 | 400 |
| Winchester 94 30-30 | 4063915 | 200 |
| Sterling MK-7 9mm | SA0149 | 250 |
| Walther PP | 470884 | 700 |
| Winchester Model 94E .357 Magnum | 6445021 | 300 |
| Winchester Model 94E .45 LC | 6135821 | |
| Walther 30-06 | 5007 | 150 |
| Walther P-88 9mm x 19 | 10043 | 300 |
| Misc ammunition, knives, etc | | 2,140 |
| Total through August 10, 2012 | | 54,629 |

**EXHIBIT B**

CFTC vs. Linton
Wells Fargo Bank
Acct # XXXXXX7139
Randall P. Sanders, Receiver

| Date | Chk # | Payee | Description | | Receipts | Disbursements | Balance |
|---|---|---|---|---|---|---|---|
| 6/30/2011 | Fee | Wells Fargo Bank | Monthly fee | x | | 5.25 | (5.25) |
| 7/1/2011 | Fee | Wells Fargo Bank | Reverse monthly fee | x | 5.25 | | 0.00 |
| 7/14/2011 | DEP | T & Ts Auctions | Miscellaneous personal property | x | 31,328.38 | | 31,328.38 |
| 8/12/2011 | 1001 | Mark Klase | Reimb of expenses per Order | x | | 4,333.00 | 26,995.38 |
| 8/12/2011 | 1002 | Mesch, Clark & Rothschild | Legal fees for receiver | x | | 9,330.20 | 17,665.18 |
| 8/12/2011 | 1003 | Robert Gauna | Fees for security, mover supervision | x | | 2,798.64 | 14,866.54 |
| 8/12/2011 | 1004 | Ralph's Transfer and Storage | Packing, moving and storage fees | x | | 6,902.08 | 7,964.46 |
| 8/12/2011 | 1005 | Randall P. Sanders | Expense reimbursement per Order | x | | 578.00 | 7,386.46 |
| 8/29/2011 | 1006 | Sierra Auction Management | Storage fees-May1 thru August 1, 2011 | x | | 600.00 | 6,786.46 |
| 6/30/2011 | 1007 | Ralph's Transfer and Storage | September storage | x | | 340.00 | 6,446.46 |
| 10/11/2011 | 1008 | Ralph's Transfer and Storage | October Storage | x | | 340.00 | 6,106.46 |
| 10/20/2011 | 1009 | Randall P. Sanders | Pay part of fees per order of 9 26 2011 | x | | 2,000.00 | 4,106.46 |
| 11/28/2011 | 1010 | Ralph's Tranfer, Inc. | Delivery Fee to Sierra Auction Management | x | | 522.50 | 3,583.96 |
| 12/8/2011 | DEP | Sierra Auction Management | Proceeds from Cars and Collectables | x | 131,124.63 | | 134,708.59 |
| 12/9/2011 | 1011 | VOID | VOID | x | | 0.00 | 134,708.59 |
| 12/9/2011 | 1012 | Red Oak Management Co. | Balance of Approved Fees of RP Sanders | x | | 6,435.00 | 128,273.59 |
| 12/9/2011 | 1013 | Mesch, Clark & Rothschild | Balance of Fees Approved 9/14/2011 | x | | 3,258.10 | 125,015.49 |
| 12/9/2011 | 1014 | Sierra Auction Management | Refund Commission error | x | | 5,266.25 | 119,749.24 |
| 12/15/2011 | DEP | Ballistic Firearms | First gun sales | x | 5,584.40 | | 125,333.64 |
| 12/21/2011 | DEP | Sierra Auction Management | Misc items subsequent sale | x | 157.50 | | 125,491.14 |
| 1/4/2012 | DEP | Sierra Auction Management | Misc items subsequent sale | x | 564.00 | | 126,055.14 |
| 1/4/2012 | DEP | Ballistic Firearms | Gun sales | x | 6,339.54 | | 132,394.68 |
| 3/26/2012 | DEP | Ballistic Firearms | Gun and misc sales | x | 16,406.74 | | 148,801.42 |
| 4/23/2012 | 1015 | Randall P. Sanders | Fees approved | x | | 4,342.25 | 144,459.17 |
| 4/27/2012 | DEP | Ballistic Firearms | Gun Sales and Misc | x | 13,909.70 | | 158,368.87 |
| 5/22/2012 | 1016 | Mesch, Clark & Rothschild | Fees approved 4/23/2012 | x | | 16,237.57 | 142,131.30 |
| 6/19/2012 | DEP | Ballistic Firearms | Gun sales | | 5,577.00 | | 147,708.30 |
| 8/10/2012 | DEP | Ballistic Firearms | Gun sales | | 879.96 | | 148,588.26 |
| Totals through August 10, 2012 | | | | | 211,877.10 | 63,288.84 | 148,588.26 |

**EXHIBIT C**

# CFTC vs. Linton
## Reconciliation / Final Report

|  | Personal Property On Site Sale | Personal Property Auction Sale | Firearms Sales | Totals |
|---|---:|---:|---:|---:|
| Gross Proceeds | 48,198 | 142,617 | 54,629 | 245,444 |
| Commissions and Expenses | 16,869 | 16,038 | 5,931 | 38,838 |
| Gross Proceeds | 31,328 | 126,579 | 48,698 | 206,606 |
| Pre Receivership Expenses | | | | |
|     Klase Expenses | | | | 4,333 |
|     Storage Expenses | | | | 6,902 |
| Post Receivership Expenses | | | | |
|     Legal Fees and Expenses | | | | 28,826 |
|     Receiver Fees and Expenses | | | | 13,355 |
|     Storage Expenses | | | | 1,803 |
|     Security | | | | 2,799 |
| Net Proceeds | | | | 148,588 |