MESCH, CLARK & ROTHSCHILD, P.C.
259 North Meyer Avenue
Tucson, Arizona 85701
Phone:  (520) 624-8886
Fax:  (520) 798-1037
Email: sgan@mcrazlaw.com

By:  Scott H. Gan, # 6568
     83136-5/spb

Attorneys for Randall P. Sanders, Receiver

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>-vs-<br><br>ANTHONY EUGENE LINTON dba THE PRIVATE TRADING POOL,<br><br>Defendant. | No. 4:11-CV-00021-FRZ<br><br>**RECEIVER'S LIMITED RESPONSE TO PLAINTIFF'S MOTION TO APPROVE DISTRIBUTION OF RECEIVERSHIP FUNDS** |

The Court appointed Receiver, Randall P. Sanders, through undersigned counsel, does not object to the Plaintiff's Amended Motion to Approve Distribution of Receivership Funds ("the Motion") or the relief requested therein.  The Receiver, however, filed a Final Report and Motion for Release of Receiver on November 2, 2012 and requests that in addition to the relief requested by the Plaintiff, the Court order:

   1)   Approving the Receiver's Final Report

   2)   Awarding compensation of $1,300 to Receiver;

   3)   Ordering discharge of Receiver, counsel, and others employed by the Receiver;

4) Finding all fees and disbursements made by Receiver and previously approved by this Court were appropriately paid by the Receiver and are not subject to further review.

Dated:  May 22, 2013.

                            MESCH, CLARK & ROTHSCHILD, P.C.

                            s/  Scott H. Gan
                            Scott H. Gan
                            Attorney for Receiver

Copy mailed on May 22, 2013 to:

Anthony Eugene Linton
Inmate #15613-196
CCA – Florence
1155 North Pinal Parkway
Florence, AZ  85132

Randy Sanders
Red Oak Management Co.
7225 Becks Grove Road
Freetown, IN  47235


Copy emailed on May 22, 2013 to:

Susan J. Gradman and David S. Slovik
sgradman@cftac.gov
dslovick@cftc.gov
(attorneys for Plaintiff)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

358424