# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **U.S. Commodity Futures Trading Commission,** <br><br> **Plaintiff,** <br><br> v. <br><br> **Anthony Eugene Linton d/b/a The Private Trading Pool,** <br><br> **Defendant.** | No. CV 11-21-TUC-FRZ <br><br><br> **ORDER** |

## ORDER GRANTING PLAINTIFF'S AMENDED
## MOTION TO APPROVE DISTRIBUTION OF RECEIVERSHIP FUNDS

Having read Plaintiff's Amended Motion to Approve Distribution of Receivership Funds ("Amended Motion") and the revised schedule of proposed distribution attached thereto ("Revised Schedule"), as well as the other pleadings, orders and materials on file,

**IT IS HEREBY ORDERED** that Plaintiff's Motion is granted.

**IT IS FURTHER ORDERED THAT**:

1

1. The plan of distribution set forth in Plaintiff's Amended Motion and Revised Schedule is hereby approved, and Plaintiff is authorized to carry out the plan of distribution.

2. The Receiver is hereby authorized to transfer to the National Futures Association ("NFA") any funds marshaled pursuant to his duties as Receiver. Upon transfer of such funds to the NFA the receivership created by this Court's Order of April 27, 2011 (Dkt. # 40) will terminate.

3. The NFA is hereby ordered to distribute restitution payments to Defendant's customers in accordance with the plan of distribution set forth in Plaintiff's Amended Motion and Revised Schedule. In order to effect an equitable distribution of restitution payments to Defendant's customers the NFA shall have discretion to determine the manner and timing of such payments, including discretion to temporarily defer payment until such time as the NFA deems appropriate.

Lastly, the Court notes that it issued an Order today authorizing a final distribution of $1,300.00 to the Receiver; this will have a slight impact on the final number for distribution reflected in the Amended Motion to Approve Distribution of Receivership Funds. The original Motion to Approve Distribution of

Receivership Funds (Doc. 85) is denied as moot as it has been superseded by the Amended motion which has been approved by the Court.

Dated this 22nd day of May, 2013.

Frank R. Zapata
Senior United States District Judge